✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

10:38 am, Jan 22 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____JK_____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | * |
| BRIAN FRANCIS | *   CASE NO. 23-MJ-2156 |
| | * |
| | * |
| Defendant. | * |

## MOTION TO DISMISS CRIMINAL COMPLAINT

The United States of America, through undersigned counsel, moves this Honorable Court to dismiss the Criminal Complaint in the above captioned matter, and in support says as follows:

1. On August 14, 2023, the Government charged the above-captioned Defendant by Criminal Complaint with a violation of Title 18 of the United States Code § 1073, unlawful flight to avoid prosecution (UFAP), because he continually evaded arrest from a variety of state offenses.

2. Since that time, the United States Marshal Service (USMS) arrested the Defendant on both the federal and state charges.

3. The USMS processed the defendant on his state arrest warrant to begin the prosecution of those state charges, which now renders the federal charges for unlawful flight to avoid the state prosecution unnecessary.

4. WHEREFORE, the Government respectfully moves to dismiss the above captioned complaint.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
Robert I. Goldaris
Assistant United States Attorney

## ORDER

Having read and considered the Government's Motion to Dismiss Criminal Complaint, and have considered same, it is the ___17th___ day of January 2024 **ORDERED** that the Criminal Complaint in the above captioned matter be and is hereby **DISMISSED**, and it is further,

**ORDERED** that the United States Marshal Service (USMS) recall and quash the existing arrest warrant in the above captioned matter, and it is further.

**ORDERED** that one copy of this Order be delivered to the United States Attorney's Office, and one copy be delivered to the USMS for execution of said Order.



Hon J. Mark Coulson
United States Magistrate Judge